McGREGOR W. SCOTT
United States Attorney
STEVEN S. TENNYSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Petitioner
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Petitioner,<br><br>     v.<br><br>MANUEL AREVALO, JR.,<br><br>                      Respondent. | 1:20-CV-01421-DAD-JLT<br><br>[~~PROPOSED~~] **ORDER CLOSING THE ACTION**<br>(Doc. 9) |

The plaintiff has filed a voluntary dismissal without prejudice under Federal Rules of Civil Procedure Rule 41(a)(1(A)(1). (Doc. 9) Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

    Dated: **February 17, 2021**        **/s/ Jennifer L. Thurston**
                                                   UNITED STATES MAGISTRATE JUDGE